UNITED STATES COURT OF APPEALS
TENTH CIRCUIT

**Filed 4/24/96**

RICARDO ROYBAL,

    Petitioner - Appellant,

v.

RICHARD MARR; ATTORNEY
GENERAL FOR THE STATE OF
COLORADO,

    Respondents - Appellees.

No. 95-1463

(D.C. No. 95-M-1112)

(D. Colo.)

ORDER AND JUDGMENT[*]

Before PORFILIO, McKAY and KELLY, Circuit Judges.

After examining the briefs and the appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of this

appeal.  See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9.  The case is therefore ordered

submitted without oral argument.

We affirm for the reasons given in the magistrate judge's report and

recommendation as adopted by the district court.

---

[*]This order and judgment is not binding precedent, except under the doctrines of law
of the case, res judicata, and collateral estoppel.  The court generally disfavors the citation
of orders and judgments; nevertheless, an order and judgment may be cited under the
terms and conditions of 10th Cir. R. 36.3.

AFFIRMED.  The mandate shall issue forthwith.


Entered for the Court

Monroe G. McKay
Circuit Judge